# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JOSHUA WEISE, ) | |
| ) | |
| Plaintiff, ) | Case No.: 2:17-cv-0480-GMN-GWF |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| HENDERSON HOSPITALITY LLC, ) | |
| ) | |
| Defendant. ) | |

This matter is before the Court on Defendant's Stipulation for Substitution of Attorney (ECF No. 19), filed on May 4, 2017.

Defendant requests substitution of the law firm Lewis Brisbois Bisgaard & Smith LLP as its attorneys of record in the place of Kathleen Paustian, Esq. Pursuant to Local Rule IA 11-6, the attorney who is being terminated as counsel must sign the stipulation for substitution. Kathleen Paustian, Esq. did not sign the stipulation for substitution. Accordingly,

**IT IS HEREBY ORDERED** that Defendant's Stipulation for Substitution of Attorney (ECF No. 19) is **denied**, without prejudice.

DATED this 5th day of May, 2017.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge