VERONICA ARECHEDERRA HALL
Nevada Bar No. 5855
   Email: Veronica.Hall@lewisbrisbois.com
CAYLA WITTY
Nevada Bar 12897
   Email: Cayla.Witty@lewisbrisbois.com
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendant*
Henderson Hospitality LLC.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JOSHUA WEISE, an individual<br><br>Plaintiffs,<br><br>vs.<br><br>HENDERSON HOSPITALITY, LLC d/b/a HAMPTON INN & SUITES LAS VEGAS-HENDERSON;<br>EMPLOYEE(S)/AGENT(S) DOES 1-10; AND ROE CORPORATIONS 11-20, inclusive<br><br>Defendants. | CASE NO.: 2:17-cv-00480-GMN-GWF<br><br>SUBSTITUTION OF ATTORNEY |

Defendant HENDERSON HOSPITALITY, LLC hereby substitutes the law firm of LEWIS BRISBOIS BISGAARD & SMITH LLP as its attorneys of record in this action in place of the law firm of KATHLEEN MARIE PAUSTIAN.

Dated this 4 day of May, 2017.

HENDERSON HOSPITALITY, LLC

BY: *[signature]*
CAL CLAUSEN

///

4833-2036-8199.1

Kathleen Marie Pastian hereby agrees and consents to the substitution of LEWIS BRISBOIS BISGAARD & SMITH LLP as the attorneys of record for Defendant HENDERSON HOSPITALITY, LLC.

Dated this 6 day of May, 2017.

BY: _____
Kathleen Marie Paustian, Esq.
3205 Skipworth Drive
Las Vegas, NV 89107
Ph (702) 938-3838
Fx (702) 369-5727
kathleenpaustian@cox.net

LEWIS BRISBOIS BISGAARD & SMITH LLP hereby accepts substitution as attorneys of record for Defendant HENDERSON HOSPITALITY, LLC.

Dated this 4th day of May, 2017.

LEWIS BRISBOIS BISGAARD & SMITH LLP

BY: _____
VERONICA ARECHEDERRA HALL
Nevada Bar No. 5855
CAYLA WITTY
Nevada Bar. 12897
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Attorneys for Defendant
Henderson Hospitality

APPROVED this 9th day of MAY, 2017

_____
UNITED STATES MAGISTRATE JUDGE

LEWIS BRISBOIS BISGAARD & SMITH LLP
ATTORNEYS AT LAW

4833-2036-8199.1

2