Veronica Arechederra Hall
Nevada Bar No. 5855
Email: Veronica.Hall@lewisbrisbois.com
Cayla Witty
Nevada Bar No. 12897
Email: Cayla.Witty@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH** LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
*Attorneys for Defendant*
Henderson Hospitality LLC.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| Joshua Weise,<br><br>        Plaintiffs,<br><br>vs.<br><br>HENDERSON HOSPITALITY, LLC d/b/a HAMPTON INN & SUITES LAS VEGAS-HENDERSON; EMPLOYEE(S)/AGENT(S) DOES 1-10; AND ROE CORPORATIONS 11-20, inclusive<br><br>        Defendants. | CASE NO.: 2:17-cv-00480-GMN-GWF<br><br>**STIPULATION AND ORDER TO CLARIFY CORRECT PARTY** |

On February 15, 2017, Defendant filed its Petition for Removal, including Plaintiff's Complaint, filed in state court on January 16, 2017. Defendant answered the Complaint on February 21, 2017, including reference to an additional corporate entity that was not named in the Complaint. This additional corporate entity, Henderson HG, LLC, is not a party to this suit. Defendant Henderson Hospitality, LLC is the correct Defendant and Plaintiff's employer relevant to the allegations of Plaintiff's Complaint. Therefore,

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff Joshua Weise and Defendant Henderson Hospitality, LLC, by and through their respective undersigned counsel, that the named corporate Defendant, Henderson Hospitality, LLC, d/b/a as Hampton Inn & Suites, at the address 421 Astaire Drive, Henderson, Nevada, is

4845-9479-5592.1

the correct party for suit.

IT IS FURTHER STIPULATED AND AGREED that Plaintiff will file a copy of the operative complaint with appropriate redactions pursuant to LR IC 6-1 within fourteen (14) days of this Order.

IT IS FURTHER STIPULATED AND AGREED that Defendant will file an amended answer as the sole defendant and correct party within twenty-one (21) days of this Order.

Dated: May 16th, 2017

| | |
|---|---|
| /s/ Christian Gabroy | /s/ Cayla Witty |
| Christian Gabroy, Esq. | VERONICA ARECHEDERRA HALL, ESQ. |
| Nevada Bar No. 8805 | Nevada Bar No. 5855 |
| The District at Green Valley Ranch | CAYLA WITTY, ESQ. |
| 170 South Green Valley Parkway | Nevada Bar No. 12897 |
| Suite 280 | Lewis Brisbois Bisgaard & Smith, LLP |
| Henderson, Nevada 89012 | 6385 S. Rainbow Boulevard, Suite 600 |
| *Attorneys for Plaintiff* | Las Vegas, Nevada 89118 |
| | *Attorneys for Defendant* |
| | Henderson Hospitality LLC |

## ORDER

IT IS SO ORDERED.

Dated: May 22, 2017.

_____
UNITED STATES DISTRICT COURT JUDGE