# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JOSHUA WEISE, | ) |
| Plaintiff, | ) Case No. 2:17-cv-00480-GMN-GWF |
| vs. | ) **ORDER** |
| HENDERSON HOSPITALITY, LLC, | ) |
| Defendant. | ) |

This matter is before the court on the parties' failure to comply with the court's order (ECF No. 27) dated May 26, 2017.

On May 25, 2017, the undersigned conducted an early neutral evaluation conference with the parties. (Mins. of Proceedings (ECF No. 27).) A settlement was reached. (*Id.*) The parties' deadline to file dismissal documents or to provide the court with a joint status report regarding settlement was June 23, 2017. (*Id.*) To date, the parties have not complied with that order. The court therefore will require the parties to file dismissal documents or to fax a joint status report to chambers at (702)-464-5581 by July 20, 2017.

IT IS SO ORDERED.

Dated: July 6, 2017

_____
C.W. Hoffman, Jr.
United States Magistrate Judge