Veronica Arechederra Hall, Esq.
Nevada Bar No. 5855
Email: Veronica.Hall@lewisbrisbois.com
Cayla Witty, Esq.
Nevada Bar No. 12897
Email: Cayla.Witty@lewisbrisbois.com
**LEWIS BRISBOIS BISGAARD & SMITH** LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
Facsimile: 702.893.3789
*Attorneys for Defendant*
Henderson Hospitality LLC.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| JOSHUA WEISE,<br><br>            Plaintiffs,<br><br>    vs.<br><br>HENDERSON HOSPITALITY, LLC d/b/a HAMPTON INN & SUITES LAS VEGAS-HENDERSON; EMPLOYEE(S)/AGENT(S) DOES 1-10; AND ROE CORPORATIONS 11-20, inclusive<br><br>            Defendants. | CASE NO.: 2:17-cv-00480-GMN-GWF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff Joshua Weise, by and through his attorney, and Defendant Henderson Hospitality, LLC, d/b/a as Hampton Inn & Suites Las Vegas, by and through its attorneys LEWIS BRISBOIS BISGAARD & SMITH LLP, that all of Plaintiff's claims, and causes of action against

/ / /

/ / /

/ / /

/ / /

4841-3940-6922.1

Defendant in the above-entitled action shall be dismissed, with prejudice, each party to bear their own attorney's fees and costs.

The parties agree that this Court shall retain jurisdiction over this matter in the event any dispute arises.

DATED: July 11, 2017

| | |
|---|---|
| /s/ Christian Gabroy | /s/ Cayla Witty |
| Christian Gabroy, Esq. | Veronica Arechederra Hall, Esq. |
| Nevada Bar No. 8805 | Nevada Bar No. 5855 |
| The District at Green Valley Ranch | Cayla Witty, Esq. |
| 170 South Green Valley Parkway | Nevada Bar No. 12897 |
| Suite 280 | Lewis Brisbois Bisgaard & Smith, LLP |
| Henderson, Nevada 89012 | 6385 S. Rainbow Boulevard, |
| *Attorneys for Plaintiff* | Suite 600 |
| | Las Vegas, Nevada 89118 |
| | *Attorneys for Defendant* |
| | *Henderson Hospitality LLC* |

### ORDER

In light of the above stipulation, IT IS HEREBY ORDERED that this action is dismissed with prejudice, each party to bear their own attorney's fees and costs. The Court, however, rejects the parties' broad request to retain jurisdiction in the event "any dispute" arises. *See Mitchell v. Maurer*, 293 U.S. 237, 244 (1934) (holding that parties cannot confer subject matter jurisdiction by agreement where it otherwise does not exist). The Court must have an independent basis for jurisdiction over any dispute.

DATED: this 26, in July, 2017.

_____
UNITED STATES DISTRICT COURT JUDGE